**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-7654**

KELVIN WATFORD,

                                        Plaintiff - Appellant,

            versus

W.P. ROGERS, Regional Director; D.M. VAUGHN,
Warden; E. WILLIS, Treatment Supervisor,

                                        Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Gerald Bruce Lee, District
Judge.  (1:06-cv-00104-GBL)

Submitted: December 14, 2006        Decided:  December 22, 2006

Before MICHAEL, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kelvin Watford, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kelvin Watford appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2000) complaint as frivolous and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm both orders for the reasons stated by the district court. <u>See Watford v. Rogers</u>, No. 1:06-cv-00104-GBL (E.D. Va. entered June 30, 2006; entered Sept. 6, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>